# EXHIBIT B

(Franklin County Municipal Court Local Rule. 2.10)

2.10 Civil Arrests in the Courthouse

(A) Statement of Purpose

The administration of justice by the judicial branch of the government cannot be impeded by the other branches of the government in the exercise of their respective powers.

Courts possess all powers necessary to secure and safeguard the free and untrammeled exercise of their judicial functions and cannot be directed, controlled, or impeded therein by other branches of the government.

Nothing in this rule shall be construed so as to violate any provision of the Supremacy Clause of the United States Constitution or any federal immigration law.

(B) Civil Arrest Prohibited

(1) No individual shall be subject to a civil arrest while present in the courthouse for the purpose of attending a court proceeding or conducting other lawful court business.

"Courthouse" means any building or space used by Franklin County Municipal Court along with the curtilage of the building.

(2) This provision does not apply to arrests carried out pursuant to a judicial warrant issued by a judge.