# EXHIBIT D

## (Franklin County Municipal Court August 18, 2026, Response to DOJ)

**Franklin County Municipal Court**

375 South High Street
13th Floor
Columbus, Ohio 43215
Phone:(614) 645-8035

**Jessica G. D'Varga**
**Administrative and Presiding Judge**

August 18, 2026

*Via Email*

The Hon. Brett A. Shumate

Assistant Attorney General, Civil Division

950 Pennsylvania Avenue NW

Washington, D.C. 20530-0001

Thank you for your August 6, 2026, letter regarding Franklin County Municipal Court Local Rule 2.10. The Court takes its obligations under the United States Constitution seriously.

The Judges of the Franklin County Municipal Court have a critical obligation to ensure that all individuals—particularly witnesses and victims of crime—can safely and reliably access the court without fear or interference. *See* Ohio Revised Code 2331.11. Pursuant to the powers the courts possess to "secure and safeguard the free and untrammeled exercise of their judicial function," the Judges believe that Local Rule 2.10 is an appropriate and necessary measure for meeting its obligation to individuals accessing the courts. *State ex rel. Johnston v. Taulbee*, 66 Ohio St.2d 417 (1981), syllabus.

Sincerely,

JDVarga

Jessica G. D'Varga

Administrative & Presiding Judge