**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**FRANKLIN COUNTY MUNICIPAL COURT, *et al.*,**

**Defendants.**

**Case Number 2:26-cv-1025**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

This matter came before the Court for a Telephone Conference under Local Civil Rule 65.1 on Plaintiff United States of America's Motion for Preliminary Injunction (ECF No. 2) on August 27, 2026. (ECF No. 8.) All Parties were represented by counsel.

During the Telephone Conference, the Parties agreed to the following briefing schedule on the Motion for Preliminary Injunction: Defendants will file a memorandum contra on **September 25, 2026**, and Plaintiff will file a reply **within 14 days** thereafter. The Parties will meet and confer regarding discovery and file a proposed stipulated discovery schedule on the docket.

A Preliminary Injunction Hearing is scheduled for **October 19, 2026, at 10:00 a.m.** in Courtroom 311 at the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio, 43215.

This case remains open.

**IT IS SO ORDERED.**

**8/27/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**