**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN COUNTY MUNICIPAL COURT; JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity; ENOCH WHITE, Director of Security, Franklin County Municipal Court, in his official capacity,<br><br>Defendants. | No. 2:26-cv-1025<br><br>**VOLUNTARY DISMISSAL OF DEFENDANTS FRANKLIN COUNTY MUNICIPAL COURT AND ENOCH WHITE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff United States of America hereby dismisses this action against Defendant Franklin County Municipal Court (FCMC) and Defendant Enoch White, Director of Security, Franklin County Municipal Court, in his official capacity, without prejudice. This dismissal is based upon the representation made by counsel for the remaining Defendant that the United States can obtain complete relief on its claims without Defendants FCMC and White.

DATED: September 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

/s/*Garrett Greene*
Garrett Greene (TX Bar No. 24096217)
Senior Litigation Counsel
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste. 6400 South
Washington, D.C. 20001
Tel.:(202) 549-9429
Email: Garrett.greene@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*/s/ Garrett Greene*
GARRETT GREENE