UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

Plaintiff,

v.

Case No.: 2:26−cv−01025−EAS−KAJ
Judge Edmund A. Sargus

Franklin County Municipal Court, et al.

Defendant.

---

**NOTICE TO COUNSEL**

---

To: Kayla Max Svihovec

Date: September 25, 2026

The above captioned case has been received and filed in this Court. According to our records, you are not admitted to practice in the Southern District of Ohio. A copy of the Local Rules can be viewed at here.

Pursuant to Southern District of Ohio Local Rule 83.4, unless otherwise ordered, in all actions filed in, transferred to or removed to this Court, all parties other than *pro se* parties must be represented at all times by a trial attorney who is a permanent member of the bar of this Court in good standing.

In accordance with Southern District of Ohio Local Rule 83.3(e), the Court, in its discretion, may grant leave to appear *pro hac vice* to any attorney who is a member in good standing of the bar of the highest court of any State or the District of Columbia. Any attorney seeking this type of admission must do so by way of a motion filed in each case in which the attorney wishes to appear. That motion must (1) be signed by a permanent member of the bar of this Court; (2) be accompanied by the filing fee prescribed by the Court for *pro hac vice* admission; and (3) be accompanied by an original certificate of good standing from the highest court of a State or the District of Columbia (and not from another federal court) that has been issued not more than six months prior to the date of the motion.

For additional information, you may contact the Clerk of Court at 614−719−3000.