**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANKLIN COUNTY MUNICIPAL COURT, ET AL.,

Defendants.

Case No. 2:26-cv-1025

Judge Edmund A. Sargus

Magistrate Judge Kimberly Jolson

**DECLARATION OF MITCHELL WILLIAMS**

I, Mitchell A. Williams, state and declare as follows:

**I. Background:**

1. This declaration is based on my own personal knowledge, experience, and review of relevant business records and other sources. If I were to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2. I am the Franklin County Public Defender. I was appointed in April of 2024 by the Franklin County Public Defender Commission. As the Franklin County Public Defender, I oversee a staff of 140 full-time employees and approximately 30 part-time law clerks.

3. I am a licensed attorney in the State of Ohio and have been licensed since May 12, 1997.

4. I have worked for the Franklin County Public Defender's Office for over 31 years.

**II. Franklin County Public Defender's Office**

5. The Franklin County Public Defender's Office provides legal representation to indigent people in Franklin County. The office includes Municipal, Juvenile, Common Pleas, and

Appellate Units. Our staff consists of 99 lawyers (42 are assigned to the Municipal Court Unit), 12 social workers, 7 investigators, and other professional staff.

6. Our office is located on the 11th and 12th floors of 373 S. High Street in the Franklin County Court Complex. Our Municipal Unit staff provides legal representation in the Franklin County Municipal Court, in traffic court, in arraignment court, and in the trial courtrooms. The Public Defender's Office has satellite offices located on the 4th and 5th floors of the Municipal Court building at 375 S. High Street.

7. By early February 2025, ICE began routinely coming to the Franklin County Municipal Courthouse. It was brought to my attention by multiple Municipal Unit staff, including the Unit Chief of our Municipal Unit, that ICE was present in the building mostly near Courtroom 4C and the traffic courtrooms (1A and 1B). This went on for weeks. There was a heightened sense of awareness amongst all staff, which in turn became concerning as cases and the administration of justice were beginning to be impacted.

8. These incidents were unsettling to our Municipal Court staff as they went about their daily dockets. We have numerous staff assigned daily to the areas that ICE was targeting the most, including Courtroom 4C, and the traffic courtrooms (1A and 1B).

9. On May 6, 2025, I had a meeting with the Franklin County Municipal Court Administrative Judge, Judge Jessica D'Varga. This was brought about due to an incident that occurred outside of traffic court involving a Law Clerk from my office. An ICE agent approached our staff member and asked our staff member to confirm whether a specific individual was in the building. The staff member was upset over the interaction and many law clerks no longer wanted to be assigned to those specific courtrooms. Our law clerks are part-time hourly employees and are enrolled in law schools pursuing juris doctorates.

10. The goal of the meeting with the Municipal Court Administrative Judge was to get an understanding of what procedures were going to be used going forward and to make it clear that my staff should not be addressed or confronted by ICE agents. The existing procedure was explained to us by the Administrative Judge. I urged the judge to consider a Local Rule like the Franklin County Common Pleas Court Local Rule concerning immigration enforcement.

11. The Franklin County Court of Common Pleas is located in the Franklin County Court Complex with the Franklin County Municipal Court, with an address next door. The Court of Common Pleas handles criminal felony cases and civil actions with alleged damages greater than $15,000. The Court of Common Pleas had implemented a Local Rule restricting ICE from making civil arrests in their building. The Rule went into effect in late February 2025. I am unaware of any issues in the Common Pleas Court since their Local Rule was formalized. I have attached a true and correct copy of that rule as **Exhibit A (FCCP LR 111)**.

12. On June 3, 2025, Leonardo Fausto was present for a scheduled arraignment, on charges of operating a vehicle without a valid license and speeding. Fausto pled guilty to the minor misdemeanor speeding charge, paid a ticket, and the license charge was dismissed. Fausto was taken into ICE custody outside of traffic arraignment. Fausto was a Brazilian asylum seeker, in the country legally. News reports reflect that the arrest left Fausto's wife, who was caring for their three children when he was arrested, desperate and alone. I have attached a true and correct copy of a news article discussing that arrest as **Exhibit B (NBC4 article)**.

13. On August 4, 2025, 18-year-old Mainor Anariva-Bueso was taken into custody by ICE after his scheduled arraignment on misdemeanor charges of operating a vehicle without a valid license and speeding. He was arrested in the lobby of the courthouse.

14. Another incident involved two of our staff attorneys working out of the office outside Courtroom 4C in the Municipal Court. ICE agents attempted to enter through the closed door when an attorney was having a privileged communication with a client. They went so far as to put their ear on the door to attempt to listen to the conversation.

15. In the State of Ohio vs. Jose Camejo, Franklin County Municipal Court Case Number 2025CRB-6047, Mr. Camejo was arrested by ICE on his way into the building for his scheduled Jury Trial date with Judge Gina Russo. He was transported to the Butler County Jail and never returned for court proceedings. Although the assigned attorney filed a motion to demand he be brought to court and/or the case dismissed, the case remains with an open warrant for failure to appear for trial. This is an example of what was happening throughout this period when no Local Rule was in place.

16. These arrests and others prompted the union for the Franklin County Public Defender staff attorneys to put out a press release condemning the presence of ICE agents in the courthouse. There was concern that ICE was arresting individuals that were present for mere traffic offenses. The release read in relevant part: "ICE agents have continued to maintain a presence in municipal court, creating an environment of fear and intimidation for our community. As public defenders we believe that our courthouses must remain a forum for all members of our community to seek justice and maintain the protections of due process." I have attached a true and correct copy of that press release as **Ex. C (Press Release)**.

17. The presence of ICE agents in the courthouse created a chilling effect: defendants were reluctant to attend scheduled court dates and hearings out of fear that they would be arrested, and some defendants who were taken into custody were no longer available for their proceedings. In traffic court, when it was apparent that ICE agents were near the courtroom doors, clients would

elect to resolve their cases instead of fighting their cases, to leave the building and not have to return.

18. Attorneys and staff were also concerned they could face arrest or professional discipline while attempting to perform their duties and protect their clients' rights. Franklin County Municipal Court is a fast-paced, high-volume courthouse. It is the largest court in the State of Ohio. There are a lot of people packed into a small area every day of the week. Things can escalate quickly. Our staff never knew, during this period, whether a routine case was going to turn into a potentially violent situation when ICE enforcement agents would intervene.

19. For example, law clerks who are responsible for screening to determine if defendants qualify for legal representation in traffic court did not want to work because they were afraid of the impact of not cooperating with ICE.

20. These concerns were compounded by confusion over why the applicable local rules and enforcement practices differed between the Franklin County Municipal Court and the Franklin County Court of Common Pleas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026.

/s/ [signature]

Mitchell A. Williams

Franklin County Public Defender

Franklin County Public Defender's Office

City of Columbus, Ohio

Exhibit A

# RULES OF PRACTICE OF THE FRANKLIN COUNTY COURT OF COMMON PLEAS GENERAL DIVISION

## LOCAL RULE 111. PROHIBITING WARRANTLESS CIVIL ARRESTS

### 111.01 Statement of Purpose

It is this Court's constitutional duty to act in the interests of the fair, impartial, speedy, and sure administration of justice for all residents and visitors to Franklin County.

Any impairment to the litigation of criminal and civil cases in the Court of Common Pleas may affect the administration of justice. Constitutional courts were created to serve the litigants and the interest of the public at large, including victims.

It is the obligation of the judges of the Court of Common Pleas, Franklin County, Ohio, to operate the Court in a manner that is lawful, fair, and just, for the benefit of the citizens of Franklin County and all other litigants that come before it. To that end, the following rules are designed to promote the safe and secure access to court facilities for all residents having business with the Court, including victims, witnesses, and defendants, regardless of immigration status and to reduce disruptions to the disposition of both criminal and civil cases in this Court, while at the same time safeguarding the rights of litigants to the just processing of their cases.

### 111.02 Definitions

A. **Courthouse** means any building or space used by the Franklin County Court of Common Pleas.

B. **Environs of a courthouse** means the vicinity around the courthouse, including all contiguous public entryways, driveways, sidewalks, and parking areas intended to serve the courthouse.

### 111.03 General Prohibition

A. Consistent with the privilege from arrest provided by Ohio Revised Code Section 2331.11, no person may subject an individual to civil arrest without a judicial warrant or judicial order when the individual is in the courthouse or within the environs of the courthouse. This rule is intended to only apply to individuals having business with the courts and not intended to be a safe haven to avoid civil arrests for the public at large.

B. This Rule is not intended to limit the Court's power of contempt.

Approved: Effective: 02/26/2025 (emergency adoption; final approval May 20, 2025)

**Exhibit B**






by: Isabel Cleary
Posted: Jun 13, 2025 / 05:19 PM EDT
Updated: Jun 13, 2025 / 11:24 PM EDT

SHARE

COLUMBUS, Ohio (WCMH) — Surveillance video from the Franklin County Municipal Court shows a man being detained by ICE in a hallway after appearing in traffic court.

The man, Leonardo Fausto, of Westerville, was in court on June 3 for operating a motor vehicle without a valid license — a misdemeanor charge that was dismissed. He pleaded guilty to driving 70 mph in a 45 mph zone and was fined $100 plus another $102 in costs for a total of $202, online records show.

The case has been closed.

**Columbus social media influencer pleads guilty to $20 million Ponzi scheme ›**

Surveillance video from the hallway outside of the courtroom shows Fausto leaving when a man in a baseball cap and plainclothes stops him in the hallway. The man in the cap is seen talking to Fausto before he places him in handcuffs. Fausto is then escorted out of the courthouse.

ADVERTISEMENT




The video does not have audio.

## Video shows ICE detain man in Franklin County traffic court




The case has caught the attention of community activists and state leaders.

Fausto is in the country legally, but he is not a citizen. Right now, he's jailed in Butler County.

NBC4 Investigates has spent the last week meticulously digging into what happened and how. We talked to the man's lawyer, his wife, and worked our sources to get the video and learn what ICE agents can and can't do when detaining someone.

Next story in 5

ICE agents must identify themselves and show credentials before they make an arrest. They are allowed to be in plainclothes.

Fausto's wife speaks Portuguese, and NBC4 spoke with her through a translator, as she shared the moment on June 3, when she found out her husband was detained.

"I got a call, it was about 12:30, and I got desperate," Fausto's wife said. "I was with the kids — with the three kids — and I didn't know where to start. It was just going through my head, what am I going to do? I am alone."

CONTENT CONTINUES BELOW SURVEY

**WHAT DO YOU THINK?**

Loading survey...

Fausto's lawyer, Walter Messenger, said ICE told him Fausto had missed an immigration hearing, which the lawyer said is not true.

"I've attended every hearing with him," Messenger said.

Fausto works in construction during the week. On weekends, he and his wife sell pizza. They're involved in church, and their youngest child is a U.S. citizen — born after they fled Brazil.

"We love this place, but since we don't have a citizenship, we don't have documents," Fausto's wife said. "We are just exposed to what is happening now."

They left Brazil after threats toward their family, and came to central Ohio seeking asylum, which is a form of protection that allows people to remain in a country instead of returning home, where they face harm.

"There is a provision in their order of supervision that they can't violate any ordinances, that's one way, you know, they are able to detain," Messenger said. "But in the past, this has never been a problem. ICE would not go to courthouses in Franklin County and pick up someone after they paid a speeding ticket unless there was another serious crime involved."

In this case, there is no other crime alleged. Fausto pleaded guilty to speeding and was picked up by ICE on his way down the hall to pay the fine.

"I explain to my oldest that we are in a country that it's not our country and they don't want us, but we have to do everything we can," Fausto's wife said. "We have to do what is right. I explain that his daddy is in prison, but that his daddy will be out soon. That we have to pray to God."

Fausto's lawyer is working to get him released from Butler County. The lawyer has to prove Fausto will attend all his court hearings and is not a danger to the community.

"That's going to be easy because he hasn't committed any crimes," Messenger said. "We also have to prove that he's going to show up to his court hearings. That's going to be easy because I've attended every hearing with him."



**Next story in 5**

In Common Pleas court, where usually more serious cases are heard, the court has issued two new rules, stating the court "prohibits civil arrests without a judicial warrant within the courthouse grounds" and it "prohibits arrests by judicial warrant within the Judges' courtrooms, except when enforcement agencies have requested and received written approval of a Judge."

Fausto's lawyer said a federal ICE agent detained Fausto. NBC4 reached out to the federal media contact for ICE and has not yet received a response. We also reached out to the offices of U.S. Senators Bernie Moreno and Jon Husted for comment but have not yet received a response.

**ADD AS PREFERRED SOURCE ON GOOGLE**

Suggest a Correction

Copyright 2026 Nexstar Media Inc All rights reserved This material may not be published, broadcast, rewritten, or redistributed

**SPONSORED CONTENT**

Privacy Policy

**Japan's Greatest Doctors Say Memory Loss Isn't Age: Just Avoid Drinking These 3 Beverages**
Memory Health Journal

**Chronic tinnitus is associated with a common practice**
Health In focus
Learn More

**Ohio: Worst Car Zip Codes for Overcharging Insurance (Is Yours On The List?)**
OTTO Insurance
Get Rates

**Amazon's Nightmare Comes True: Shoppers Canceling Prime For This Clever Trick**
Online Shopping Tools
Learn More

**2026 - IRS Forgives Millions By September 15th Tax Deadline**
Fresh Start Information
Apply Now

**September 15th IRS Fresh Start Deadline - [Check Eligibility]**
Fresh Start Information
Apply Now

**Columbus: 24 Hour Dental Implants**
Nuvia Dental Implant Center

**Amazon Faces Its Worst Nightmare as Shoppers Cancel Prime Over This Clever Hack**
Online Shopping Tools
Learn More

**Japan's Oldest Doctors Say Memory Loss Isn't Age: Just Stop These 3 Bedtime Habits**



**Next story in 5**

**Exhibit C**

The Franklin County Public Defender Collective condemns the ongoing presence of Immigration Customs Enforcement (ICE) officers in Franklin County Municipal Court. This first came to the public's attention through the arrest of Leonardo Fausto, a Brazilian immigrant asylum-seeker, as he left Franklin County Municipal Court. ICE agents have continued to maintain a presence in Municipal Court, creating an environment of fear and intimidation for our community. As Public Defenders we believe that our courthouses must remain a forum for all members of our community to seek justice and maintain the protections of due process. We believe that ICE's presence in the courthouse undermines those longstanding and foundational promises and protections. We are not alone in this belief.

The Franklin County Court of Common Pleas has adopted rules to prevent ICE from maintaining a presence in their courthouse, and has thereby avoided the unjust circumstances the Municipal Court is currently fostering. There is no justification—legal, judicial, or political—for why the Municipal Court cannot act likewise to protect its community.