**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN COUNTY MUNICIPAL COURT, ET AL.,<br><br>Defendants. | Case No. 2:26-cv-1025<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly Jolson |

**DECLARATION OF**
**BERTHA DURAN**

I, Bertha, declare and testify as follows:

**I. Background:**

- This declaration is based on my own personal knowledge, experience, and review of relevant business records and other sources. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

- I am an attorney licensed to practice law in the State of Ohio. I was admitted to the Ohio bar on May 9, 2005.

- My practice concentrates on criminal defense, immigration, and family law issues.

- I am fluent in Spanish and represent numerous Spanish-speaking individuals including people who have undocumented status.

- I have an active practice in the Franklin County Municipal Court.
- Starting in early 2025, many of my clients have expressed concerns about appearing at the Franklin County Municipal Court due to fear of immigration enforcement actions.
- Typically, clients will ask me if it is possible for me to enter pleas on their behalf so that they do not have to appear in the Courthouse because they are scared of possible immigration enforcement.
- This fear became more pronounced after news reports that immigration officials were arresting people at the courthouse itself.
- If my client needs to appear for non-jailable traffic offenses such as speeding or driving without a license, I have been entering pleas for them in absentia.
- This means that I can enter a guilty plea on their behalf and they will pay the appropriate fine without having to enter the courthouse itself.
- I have reviewed my records and I have had more than 60 defendants have authorized me to enter a plea in absentia on their behalf since January 2025.
- I believe that some of these clients may have had meritorious defenses to the charges that were brought but they chose to enter a plea in absentia instead of trying to contest the charges because of their fear of possible immigration enforcement at the Franklin County Municipal Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2026

/s/ Bertha Duran

Bertha Duran

City of Columbus, Ohio