**EXHIBIT A**

HEINONLINE

heinonline.com | support@heinonline.com

**CITATIONS:**
Bluebook 22nd ed. 1788-1801 152 .

**ALWD 7th ed.**
, , 1788-1801 152 .

**Chicago 18th ed.**
Ohio - Northwest Territory, Regular Session; 1st & 2nd Territorial Assemblies, 1st-2nd Regular Sessions : 152-154. HeinOnline.

**AGLC 4th ed.**
" Ohio - Northwest Territory, Regular Session; 1st & 2nd Territorial Assemblies, 1st-2nd Regular Sessions 152

OSCOLA 5th ed.
" 1788-1801 152

**Date Downloaded:** Tue Sep 22 11:11:02 2026

**Source:** https://access.heinonline.com/HOL/Page?handle=hein.ssl/ssoh0273&id=555

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of William S. Hein & Co., Inc. and HeinOnline's Terms & Conditions: https://help.heinonline.com/kb/terms-conditions/. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

# CHAPTER XXVII.

## *An* ACT *defining and regulating* privileges *in* certain cafes.

Specially privileged, members of the legiflature & their officers whilft in feffion.

SEC. 1. BE *it enacted by the Legiflative Council and Houfe of Reprefentatives in General Affembly, and it is hereby enacted by the authority of the fame,* That the members of the legiflative council and houfe of reprefentatives, and the fecretaries, clerks, fergeants at arms, door keepers and meffengers of either branch of the general affembly, fhall be privileged from arreft during the fitting of the legiflature, or of the branch thereof to which they refpectively belong, and alfo, during the time neceffarily employed in travelling to and returning from the place of their meeting, allowing one day for every fifteen miles of the diftance by the road moft ufually travelled. And all proceedings in fuits pending, in which either of the perfons above mentioned is a party, fhall be ftayed during the time aforefaid. And whoever fhall arreft either of the perfons above named, during the time they are entitled to privilege, as above provided, fhall forfeit and pay, for every fuch offence, the fum of one hundred dollars, to be recovered, with cofts of fuit, by action of debt, for the ufe and in the name of the perfon injured. And all perfons legally entitled to vote for reprefentatives to the general affembly, fhall be privileged from arreft during the time of their attendance at elections, and while on the way going to and returning from fuch elections.

Perfon arrefting liable to a fine.

Electors, while attending elections.

Judges of the general court, &c. while in feffion.

SEC. 2. *And be it further enacted,* That the judges and clerks of the general court, and the attorney general, fhall be privileged from arreft while attending at the faid court, and for and during the fpace of fifteen days next before the commencement, and for and during the fpace of ten days

se: 2:26-cv-01025-EAS-KAJ Doc #: 21-5 Filed: 09/25/26 Page: 3 of 4 PAGEID #:



next after the cloſe of any term thereof; and alſo during the time neceſſarily employed in going to, holding and returning from any circuit court, court of oyer and terminer and general jail delivery, or court of niſi prius, in any county within the territory.

Judges of th' common pleas, and

SEC. 3. *And be it further enacted*, That the judges of the ſeveral courts of common pleas, within the territory, during the ſitting of their reſpective courts, and during the ſpace of forty-eight hours next before the commencement, and during the like ſpace of time next after the cloſe of any term thereof; and the juſtices of the ſeveral courts of general quarter ſeſſions of the peace, during the ſitting of the ſeſſions, and during the ſpace of forty-eight hours next before the opening, and next after the cloſe of any ſeſſion thereof, and while engaged in hearing and determining any action, ſuit, or plaint, inſtituted before them or either of them; and all attornies, counſellors at law, prothonotaries, clerks, ſheriffs, coroners, conſtables and cryers, and all ſuitors, witneſſes, and jurors, while attending court, and while going to and returning from court, ſhall be privileged from arreſt.

juſtices of the quarter ſeſſions.

Attornies, clerks, &c.

Times and places that no arreſt ſhall be made.

SEC. 4. *And be it further enacted*, That no perſon ſhall be arreſted while doing militia duty, under the order of his commanding officer; or while going to, or returning from the place of duty or parade; nor ſhall any perſon be arreſted on the firſt day of the week, commonly called Sunday; or in any place of religious worſhip, during the performance of divine worſhip; or in the chamber of the legiſlative council or houſe of repreſentatives, during their ſitting; or in any court of juſtice, during the ſitting of the court; or on the fourth day of the month of July, the anniverſary of American independence.

SEC. 5. *And be it further enacted*, That nothing herein contained ſhall be conſtrued to extend to

U

Digitized from Best Copy Available

Privilege not to extend to treaſon, felony, or breach of the peace.

caſes of treaſon, felony, or breach of the peace. *Provided always*, That when either of the members, or officers of the general aſſembly ſhall be arreſted during the ſitting of the legiſlature, upon any charge of treaſon, felony, or breach of the peace, it ſhall be the duty of the perſon iſſuing the proceſs on which the arreſt is made, forthwith to give written notice thereof to the houſe, in which the perſon arreſted ſhall be a member or officer, addreſſed to the preſident, or ſpeaker, as the caſe may be.

No privilege in caſe of a ſummons. &c.

SEC. 6. *And be it further enacted*, That nothing herein contained ſhall be conſtrued to privilege any perſon herein named from being ſerved, at any time, with a ſummons, or notice to appear; and all arreſts, not contrary to the proviſions herein contained, made in any place, or on any river or water courſe, within or bounding the territory, ſhall be deemed lawful. And if any perſon ſhall be arreſted contrary to the proviſions herein contained, ſuch perſon may and ſhall be diſcharged, by a writ of habeas corpus, or in a ſummary way by motion before the court from which the proceſs ſhall have iſſued, at the coſt of the party ſuing out ſuch proceſs.

When arreſt is made contrary to this law, how diſcharged.

EDWARD TIFFIN, *Speaker*

*Of the Houſe of Repreſentatives.*

H. VANDER BURGH,

*Preſident of the Council.*

APPROVED—December 6th, 1799.

AR. ST. CLAIR.

Digitized from Best Copy Available