EXHIBIT B

HEINONLINE

heinonline.com | support@heinonline.com

**CITATIONS:**
Bluebook 22nd ed. 1804 VOL. 3 1 .

**ALWD 7th ed.**
, , 1804 vol. 3 1 .

**Chicago 18th ed.**
Ohio - 3rd General Assembly Revised Laws, Constitutional Laws : 1-300. HeinOnline.

**AGLC 4th ed.**
" Ohio - 3rd General Assembly Revised Laws, Constitutional Laws 1

OSCOLA 5th ed.
" 1804 vol 3 1

**Date Downloaded:** Tue Sep 22 10:25:01 2026

**Source:** https://access.heinonline.com/HOL/Page?handle=hein.ssl/ssoh0111&id=256

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of William S. Hein & Co., Inc. and HeinOnline's Terms & Conditions: https://help.heinonline.com/kb/terms-conditions/. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

## CHAPTER XXIX.

*An act, securing certain persons from arrest in certain cases.*

Members of the general assembly and the officers, privileged whilst in session.

Sec. 1. *Be it enacted by the general assembly of the state of Ohio*, That the members of the senate and house of representatives, and the clerks, sergeant at arms, doorkeeper and messengers, of either branch of the general assembly, shall be privileged from arrest during the sitting of the legislature, and also, during the time necessarily employed in travelling to and returing from the place of their meeting, allowing one day for every twenty miles of the distance, by the road most usually travelled, and all proceedings in suits pending, in which of the persons above mentioned is a party, shall be stayed during the time aforesaid; and whoever shall arrest either of the persons above named, during the time they are entitled to privilege as above provided, shall forfeit and pay, for every such offense, the sum of one hundred dollars, to be recovered with costs of suit, by action of debt, in the name and for the use of the person injured; and all persons legally qualified to vote for representatives to the general assembly, shall be privileged from arrest during the time of their attendance at the election, and while on the way going to and returing from such elections.

Persons arresting, liable to a fine.

Electors privileged while attending elections.

Judges and clerks of the supreme court and president especially privileged.

Sec. 2. *Be it further enacted*, That the judges, clerks of the supreme court and presidents of the court of common pleas, shall be privileged from arrest, while attending at the said courts, and also during the time necessarily employed in going to, holding and returning from the said courts, which it is made their duty to attend.

Sec. 3. *Be it further enacted*, That the associate judges of the several courts of common pleas within this state, during the sitting of their respective courts, and all attorneys, counsellors at law, clerks, sheriffs, coroners, constables and cryers, and all suitors, witnesses and jurors, while attending court, and while going to and returning from court, shall be privileged from arrest.

**Associate judges, attorneys, coroners, clerks, sheriffs, etc.**

Sec. 4. *Be it further enacted*, That no person shall be arrested while doing militia duty, under the order of his commanding officer, or while going to or returning from the place of duty or parade, nor shall any person be arrested in the senate chamber or house of representatives, during their sitting, or any court of justice during the sitting of the court, or on the first day of the week, commonly called Sunday, or on the fourth day of the month of July, the anniversary of American independence.

**Times and places that no arrests shall be made.**

Sec. 5. *Be it further enacted*, That nothing herein contained, shall be construed to extend to cases of treason, felony or breach of the peace: *Provided always*, That when a member or any of the aforesaid members of the general assembly, shall be arrested during the sitting of the legislature, upon any charge of treason, felony or breach of the peace, it shall be the duty of the person issuing the process on which the arrest is made, forthwith to give written notice thereof to the house of which the person arrested shall be member or officer.

**Privilege not to extend to treason, felony or breach of the peace.**

Sec. 6. *Be it further enacted*, That nothing herein contained shall be construed to privilege any person herein named, from being served, at

**No privilege in case of a summons, etc.**

se: 2:26-cv-01025-EAS-KAJ Doc #: 21-6 Filed: 09/25/26 Page: 4 of 4 PAGEID #:



any time, with a summons or notice to appear, and all arrests, not contrary to the provisions herein contained, made in any place or on any river or water course, within or bounding on the state, shall be deemed lawful; and if any person shall be arrested contrary to the provisions herein contained, such persons may and shall be discharged by a writ of *habeas corpus*, or in a summary way, by motion before the court from which the process shall have issued, at the costs of the party suing out such process.

When arrest is made contrary to this law, how discharged.

Repealing clause.

Sec. 7. *And be it further enacted*, That an act, entitled, "An act, regulating privileges in certain cases," passed December the sixth, one thousand seven hundred and ninety-nine, be and the same is hereby repealed.

When to take effect.

This act shall commence and take effect, from and after the first day of June next.

MICHAEL BALDWIN,
Speaker of the house of representatives.

DANIEL SYMMES,
Speaker of the senate.

February 14, 1805.

---

## CHAPTER XXX.

*An act, directing the distribution of insolvent estates.*

Sec. 1. *Be it enacted by the general assembly of the state of Ohio*, That when the executor or