EXHIBIT C

HEINONLINE

heinonline.com | support@heinonline.com

**CITATIONS:**
Bluebook 22nd ed. 1830 VOL. 29 41 .

**ALWD 7th ed.**
, , 1830 vol. 29 41 .

**Chicago 18th ed.**
Ohio - 29th General Assembly, General Acts : 41-514. HeinOnline.

**AGLC 4th ed.**
'' Ohio - 29th General Assembly, General Acts 41

OSCOLA 5th ed.
'' 1830 vol 29 41

**Date Downloaded:** Tue Sep 22 10:15:40 2026

**Source:** https://access.heinonline.com/HOL/Page?handle=hein.ssl/ssoh0147&id=341

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of William S. Hein & Co., Inc. and HeinOnline's Terms & Conditions: https://help.heinonline.com/kb/terms-conditions/. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

Case: 2:26-cv-01025-EAS-KAJ Doc #: 21-7 Filed: 09/25/26 Page: 2 of 3 PAGEID #: 191



AN ACT to amend the act, entitled "An act regulating prison bounds."

Sec. 1. *Be it enacted by the General Assembly of the State of Ohio*, That the prison bounds in the several counties in this State, shall be extended to the corporation limits of the town in which the prison may be situated: and in all cases where the town as aforesaid has not been incorporated, the bounds shall extend to the limits of the recorded town plat; any thing in the act to which this is an amendment, to the contrary, notwithstanding. Prison bounds extended.

This act to take effect and be in force, from after the passage thereof.

JOSEPH RICHARDSON,
*Speaker of the House of Representatives.*
ALLEN TRIMBLE,
*Speaker of the Senate.*

February 1, 1821.

---

AN ACT privileging certain persons from arrest and imprisonment.

Sec. 1. *Be it enacted by the General Assembly of the State of Ohio*, That the members of the Senate and House of Representatives, and the clerks, sergeant-at-arms, door keepers and messengers, of either branch of the General Assembly, shall be privileged from arrest during the sitting of the Legislature, and also during the time necessarily employed in traveling to, and returning from, the place of their meeting; allowing one day for every twenty five miles of the distance, by the road most usually traveled. Members and officers of the General Assembly privileged from arrest

Sec. 2. That all proceedings in suits pending, in which any of the persons above mentioned is a party, shall be staid during the time aforesaid: and whoever shall arrest either of the persons above named, during the time they are entitled to privilege, as above provided, shall forfeit and pay for every such offence, the sum of one hundred dollars; to be recovered, with costs of suit, by action of debt, in the name, and for the use, of the person injured. Penalty for arrest during privilege

Sec. 3. That all persons legally qualified to vote for representatives to the General Assembly, shall be privileged from arrest during the time of their attendance at the election, and while on the way going to, and returning from, such elections. Electors privileged

Sec. 4. That the judges of the supreme court, and the presidents of the courts of common pleas, shall be privileged from arrest while attending courts, and also during the time necessarily employed in going to, holding, and returning from, the said courts, which it is made their duty to attend. Also judges of supreme court and court of common pleas

Sec. 5. That the associate judges of the several courts of common pleas within this State, during the sitting of their re- Attorneys, officers of court, &

tors, witnesses, and jurors

spective courts; and all attorneys, counsellors at law, clerks, sheriffs, coroners, constables and criers; and all suitors, witnesses, and jurors, while attending court, and whilst going to, and returning from court, shall be privileged from arrest.

Persons doing militia duty privileged

Privilege on account of place and time

Sec. 6. That no person shall be arrested, while doing militia duty under the order of his commanding officer, or while going to, or returning from, the place of duty or parade; nor shall any person be arrested in the Senate Chamber or House of Representatives, during their sitting; or [in] any court of justice, during the sitting of the court; or on the first day of the week, commonly called Sunday; or on the fourth day of the month of July, the anniversary of American independence.

Officers and soldiers of the Revolution, and females privileged

Sec. 7. That each and every officer or soldier of the Revolutionary war, and each and every female, shall be privileged from arrest or imprisonment, on any process, mesne or final, for any debt, or claim, or demand, where the cause of the action is founded upon contract.

Privilege not to extend to treason, felony, or breach of the peace, or to prevent service of summons

Sec. 8. That nothing herein contained shall be so construed, as to extend to cases of treason, felony, or breach of the peace, or to privilege any person herein named from being served at any time with a summons or notice to appear; and all arrests, not contrary to the provisions herein contained, made in any place, or on any river or water course, within, or bounding on this State, shall be deemed lawful.

Duty of officer arresting a member or officer of the General Assembly on criminal charge

Sec. 9. That when any of the aforesaid members or officers of the General Assembly shall be arrested during the sitting of the Legislature, upon any charge of treason, felony, or breach of the peace, it shall be the duty of the person issuing the process on which the arrest is made, forthwith to give written notice thereof, to the house of which the person arrested shall be a member or officer.

Privileged person arrested, may be discharged by habeas corpus, or on motion

Sec. 10. That if any person shall be arrested contrary to the provisions herein contained, such person may and shall be discharged by a writ of habeas corpus, or in a summary way by motion, before the court from which the process shall have issued, at the costs of the party suing out such process.

Acts repealed

Sec. 11. That the act, entitled "An act securing certain persons from arrest, in certain cases," passed February the fourteenth, one thousand eight hundred and five; and the act, entitled "An act to exempt from imprisonment for debt, soldiers of the Revolutionary war," passed December twenty-ninth, one thousand eight hundred and twenty-four; be, and the same are hereby repealed.

This act to take effect and be in force from and after the first day of June next.

JAMES M. BELL,
*Speaker of the House of Representatives.*
SAMUEL R. M'LLER,
*Speaker of the Senate.*

February 24, 1831.