# Overview

**EXHIBIT H**

| | |
|---|---|
| STATE OF OHIO<br>*Plaintiff* | Case No. 2024 CR B 011463 |
| Vs | Status: CLOSED |
| GONZALEZ-HERNANDEZ, VICTORINO<br>*Defendant* | Filed: 07/09/2024 |

# Alerts

| Name | Party Type | Issue Date | Alert Type | Jurisdiction |
|---|---|---|---|---|
| GONZALEZ-HERNANDEZ, VICTORINO | DEFENDANT | 11/04/2025 | REVOCATION HEARING WARRANT | WHITEHALL |

# Defendant Information

| | | | |
|---|---|---|---|
| **Full Name** | GONZALEZ-HERNANDEZ, VICTORINO | **D.O.B.** | 02/18/1983 |
| **Address** | 755 STELZER RD LOT 5 | | |
| **City** | COLUMBUS | **State/Zip** | OH/43219 |
| **Gender** | M | **Race** | WHITE |
| **Height** | 5'6" | **Weight** | 200 |
| **Hair** | BROWN | **Eyes** | BROWN |

## Additional Details

| | | | |
|---|---|---|---|
| **Ticket Number** | WH240859 | **Offense Date** | 07/09/2024 |
| **Vehicle State Code** | | **Plate Number** | |
| **Primary Str.** | 4300 YEARLING CIR APT A | **Secondary Str.** | |
| **Officer Code** | SHERIDAN, JOSEPH | **License Taken** | NO |
| **Accident** | NO | **Insurance Proof Shown** | YES |

# Parties

| | | | |
|---|---|---|---|
| **1Name** | GONZALEZ-HERNANDEZ, VICTORINO | **Type** | DEFENDANT |
| **Address** | 755 STELZER RD LOT 5 | | |
| **City** | COLUMBUS | **State/Zip** | OH/43219 |

| | | | |
|---|---|---|---|
| **2Name** | SHERIDAN, JOSEPH | **Type** | OFFICER COMPLAINANT |
| **Officer Agency** | WHITEHALL POLICE DEPARTMENT | | |
| **Address** | WHI @#117<br>INACTIVE | | |

| | | | |
|---|---|---|---|
| **3Name** | WHITEHALL, PROSECUTOR | **Type** | CITY SOLICITOR |
| **Address** | attn: KYLIE KEITCH AND LESLIE CLARK<br>**EMAIL HEARING NOTICE** | | |

| | | | |
|---|---|---|---|
| **4Name** | INTERPRETER, SPANISH | **Type** | INTERPRETER |
| **Address** | ATT: ADRIANA FONSECA | | |

# # Charges

| | | | |
|---|---|---|---|
| **1Action Code** | 2919.27(A)(1) | **Degree of Offense** | M1 |
| **Description** | VIOLATE PROTECTION ORDER OR CONSENT AGREEMENT - APPROVED PURSUANT TO 2919.26 OR 3113.31 | | |
| **Action Code Points (http://codes.ohio.gov/orc/4510.036)** | 0 | | |
| **Disposition Code** | GUILTY | **Disposition Date** | 07/25/2024 |
| **Plea Code** | GUILTY | **Plea Date** | 07/25/2024 |
| **Decision Code** | GUILTY | **Decision Date** | 07/25/2024 |
| **Sent. Traffic Points (http://codes.ohio.gov/orc/4510.036)** | 0 | **Insur. Proof Shown** | YES |
| **Req. Driver Ed.** | NO | **Driving School** | |
| **DUI School** | | | |
| **Lic. Susp. Days** | | **Days in Jail Suspended** | 164 |
| **Days in Jail** | 180 | **Days in Jail Credit** | |
| **Jail Time Susp.** | 16 | **House Arrest Days** | |
| **Probation Type** | | **Days of Probation** | 730 |
| **Prob. Start Date** | 07/25/2024 | **Prob. End Date** | 07/25/2026 |

# # Disposition

| Status | Status Date | Disposition Code | Disposition Date | Judge |
|---|---|---|---|---|
| CLOSED | 07/09/2024 | TRANSFER | 07/11/2024 | ADMINISTRATIVE |
| CLOSED | 07/11/2024 | GUILTY TO ORIGINAL CHARGE | 07/25/2024 | HUMMER |

# # Financial Summary

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $138.00 | $0.00 | $126.00 | $12.00 |
| **TOTAL:** | $138.00 | $0.00 | $126.00 | $12.00 |

# # Events

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| ARRAIGNMENT SCHEDULED - ARCRIM | 07/10/2024 | 09:00 AM | 09:25 AM | AR4D, COURTROOM 4D | 4D | ARRAIGNMENT CHANGE |
| ARRAIGNMENT CHANGE - ARC | 07/11/2024 | 09:00 AM | 09:25 AM | AR4D, COURTROOM 4D | 4D | JURY TIME NOT WAIVED |
| PRE TRIAL - HUMMER | 07/25/2024 | 08:30 AM | 08:55 AM | HUMMER, MARK | 14B | |
| REVOCATION HEARING - HUMMER | 03/10/2025 | 10:30 AM | 10:55 AM | HUMMER, MARK | 14B | CONTINUED AT THE REQUEST OF THE DEFENDANT |
| REVOCATION HEARING - HUMMER | 04/02/2025 | 09:00 AM | 09:25 AM | HUMMER, MARK | 14B | |
| REVOCATION HEARING - HUMMER | 05/29/2025 | 09:00 AM | 09:25 AM | HUMMER, MARK | 14B | CONTINUED AT THE REQUEST OF THE DEFENDANT |
| REVOCATION HEARING - HUMMER | 07/22/2025 | 09:00 AM | 09:25 AM | HUMMER, MARK | 14B | |
| REVOCATION HEARING - HUMMER | 11/04/2025 | 10:30 AM | 10:55 AM | HUMMER, MARK | 14B | |

# Docket

| Date | Text | Amount | Balance |
|---|---|---|---|
| 11/04/2025 | **BENCH WARRANT PRINTED (BENCH1)**<br>BENCH WARRANT PRINTED<br>$NO BOND (RH) | | |
| 11/04/2025 | **ALERT ISSUED**<br>REVOCATION HEARING WARRANT issued on: 11/04/2025<br>For: GONZALEZ-HERNANDEZ, VICTORINO | | |
| 11/04/2025 | **WARRANT ISSUED FOR REVOCATION HEARING**<br>REVOCATION HEARING WARRANT created on: 11/04/2025<br>For: GONZALEZ-HERNANDEZ, VICTORINO | $12.00 | $12.00 |
| 09/23/2025 | **NOTICES PROCESSED - NS** | | |
| 09/23/2025 | **REVOCATION HEARING SCHEDULED - HURH - HUMMER**<br>Event: REVOCATION HEARING - HUMMER<br>Date: 11/04/2025 Time: 10:30 am<br>Judge: HUMMER, MARK Location: 14B LOCATED ON THE 14TH FLOOR<br><br>09/22/25 - SOV FILED<br>NOTICE SENT | | |
| 09/23/2025 | **POST SENTENCE HEARING** | | |
| 09/22/2025 | **STATEMENT OF VIOLATIONS FILED** | | |

| | |
|---|---|
| 07/22/2025 | **ORDER/APPEARANCE OF INTERPRETER FILED** |
| 07/22/2025 | **PROBATION CONTINUED** |
| 05/30/2025 | **NOTICES PROCESSED - NS** |
| 05/30/2025 | **REVOCATION HEARING SCHEDULED - HURH - HUMMER**<br>The following event: REVOCATION HEARING - HUMMER scheduled for 05/29/2025 at 9:00 am has been rescheduled as follows:<br><br>Event: REVOCATION HEARING - HUMMER<br>Date: 07/22/2025 Time: 9:00 am<br>Judge: HUMMER, MARK Location: 14B LOCATED ON THE 14TH FLOOR<br><br>IC NOTICE |
| 05/29/2025 | **ORDER/APPEARANCE OF INTERPRETER FILED** |
| 05/29/2025 | **CONT REQUEST PROS/COURT**<br>FOR RH TO 07/22/25 AT 9AM |
| 04/29/2025 | **ADDENDUM TO STATEMENT OF VIOLATIONS FILED** |
| 04/07/2025 | **ADDENDUM TO STATEMENT OF VIOLATIONS FILED** |
| 04/03/2025 | **NOTICES PROCESSED - NS** |
| 04/03/2025 | **REVOCATION HEARING SCHEDULED - HURH - HUMMER**<br>Event: REVOCATION HEARING - HUMMER<br>Date: 05/29/2025 Time: 9:00 am<br>Judge: HUMMER, MARK Location: 14B LOCATED ON THE 14TH FLOOR<br><br>Result: CONTINUED AT THE REQUEST OF THE DEFENDANT |
| 04/02/2025 | **CONT REQUEST PROS/COURT**<br>FOR RH TO 05/29/25 |
| 04/02/2025 | **ORDER/APPEARANCE OF INTERPRETER FILED** |
| 03/18/2025 | **ADDENDUM TO STATEMENT OF VIOLATIONS FILED** |
| 03/11/2025 | **NOTICES PROCESSED - NS** |
| 03/11/2025 | **REVOCATION HEARING SCHEDULED - HURH - HUMMER**<br>The following event: REVOCATION HEARING - HUMMER scheduled for 03/10/2025 at 10:30 am has been rescheduled as follows:<br><br>Event: REVOCATION HEARING - HUMMER<br>Date: 04/02/2025 Time: 9:00 am<br>Judge: HUMMER, MARK Location: 14B LOCATED ON THE 14TH FLOOR<br><br>IC NOTICE |
| 03/10/2025 | **CONT REQUEST PROS/COURT**<br>RH TO 04/02/2025 @9AM |
| 01/27/2025 | **NOTICES PROCESSED - NS** |
| 01/27/2025 | **REVOCATION HEARING SCHEDULED - HURH - HUMMER** |

| | |
|---|---|
| | Event: REVOCATION HEARING - HUMMER<br>Date: 03/10/2025 Time: 10:30 am<br>Judge: HUMMER, MARK Location: 14B LOCATED ON THE 14TH FLOOR<br><br>01/24/2025 - SOV FILED<br>NOTICE SENT<br><br>Result: CONTINUED AT THE REQUEST OF THE DEFENDANT |
| 01/27/2025 | **POST SENTENCE HEARING** |
| 01/24/2025 | **STATEMENT OF VIOLATIONS FILED** |
| 07/30/2024 | **DISPOSITION INFORMATION TRANSMITTED TO BCI** |
| 07/29/2024 | **SUBPOENA RETURNED TO CLERK PAST COLLECTION OF COSTS** |
| 07/25/2024 | **PLEA OFFER FILED** |
| 07/25/2024 | **ORDER/APPEARANCE OF INTERPRETER FILED** |
| 07/25/2024 | **IMAGE OF SENTENCING AND/OR JUDGEMENT ENTRY** |
| 07/25/2024 | **SUPERVISION FEE WAIVED** |
| 07/25/2024 | **ARREST INFORMATION**<br>Arrest Bond Changed on Case:<br>Action Code: VIOLATE PROTECTION ORDER OR CONSENT AGREEMENT - APPROVED PURSUANT TO 2919.26 OR 3113.31<br>Arrest Date: 07/10/2024<br>Custody Location: JACKSON PIKE<br>Arrest # Type: SLATE<br>Number: 20240710002<br>Bond Status: INACTIVE<br>Status Date: 07/25/2024<br>Okay to Apply: No<br>Bond Type: SENTENCED<br>Comments: HUMMER |
| 07/25/2024 | **SENTENCING** |

| | | | |
|---|---|---|---|
| | Sentence: Fine: , Susp:<br>Costs: , Susp: , Incl: N<br>Jail Start: , Minimum Years: , Months: , Days: 180, Life: N, Maximum Years: , Months: , Days: , Life: N, Jail End:<br>Jail Susp Time (days): 16, Minimum Years: , Months: , Days: 164, Life: N, Maximum Years: , Months: , Days: , Life: N<br>Points: 0, Lic susp: , Dr Ed: N<br>Susp start: , days: , Susp end:<br>Clearance Date:<br>Mod: , narr: , Lic flag:<br>Dr sch: N, DUI sch: N, Rest:<br>Prob type: COMMUNITY CONTROL SANCTION, Start: 07/25/2024, End: 07/25/2026, Minimum Years: , Months: 24, Days: , Life: N, Maximum Years: , Months: , Days: , Life: N<br>Charge #1: VIOLATE PROTECTION ORDER OR CONSENT AGREEMENT - APPROVED PURSUANT TO 2919.26 OR 3113.31 | | |
| 07/25/2024 | **GUILTY OR NO CONTEST TO ORIGINAL CHARGE**<br>Case disposed with disposition of GUILTY TO ORIGINAL CHARGE on 07/25/2024. | | |
| 07/22/2024 | **SUBPOENA FILED, ISSUED ORDINARY MAIL FOR:**<br>DOMINGA ARAGON | $8.00 | $0.00 |
| 07/16/2024 | **FINGERPRINT TAKEN PER ORDER** | | |
| 07/15/2024 | **SUBPOENA GENERATED - SUB** | | |
| 07/12/2024 | **NOTICES PROCESSED - NS** | | |
| 07/12/2024 | **HEARING SCHEDULED - HUHPMN - HUMMER**<br>Event: PRE TRIAL - HUMMER<br>Date: 07/25/2024 Time: 8:30 am<br>Judge: HUMMER, MARK Location: 14B LOCATED ON THE 14TH FLOOR<br><br>DEF IN JAIL W/ OTHERS<br>NOTICE SENT | | |
| 07/11/2024 | **MISDEMEANOR INITIAL APPEARANCE SHEET**<br>ARRAIGNMENT MISDEMEANOR | | |
| 07/11/2024 | **CASE ASSIGNED TO JUDGE** | | |
| 07/11/2024 | **BOND ENTRY FILED FOR THIS CASE** | | |
| 07/11/2024 | **ELECTRONIC MONITORING AUTHORIZED FOR DAYS IN JAIL, TO BE MONITORED BY PROBATION DEPARTMENT**<br>HOUSE ARREST AUTHORIZED FOR DAYS IN JAIL, TO BE MONITORED BY PROBATION DEPARTMENT | | |
| 07/11/2024 | **ORDER/APPEARANCE OF INTERPRETER FILED** | | |
| 07/11/2024 | **ENTRY ORDERING RELEASE TO PROBATION FOR GPS FILED**<br>ON 7/12/24 AT 8:00AM | | |
| 07/11/2024 | **ORDER/APPEARANCE OF INTERPRETER FILED** | | |

| | | | |
|---|---|---|---|
| 07/11/2024 | **INDIGENT APPLICATION FEE** | $25.00 | $0.00 |
| 07/11/2024 | **NOT GUILTY - JURY TIME NOT WAIVED**<br>Attorney: CISZEWSKI, SCOTT T (0096848) | $5.00 | $0.00 |
| 07/11/2024 | **AS A CONDITION OF BOND, DEFENDANT IS GIVEN PRE-TRIAL SUPERVISION.** | | |
| 07/11/2024 | **STAY AWAY FROM INCIDENT LOCATION AS A CONDITION OF BOND.** | | |
| 07/11/2024 | **STAY AWAY FROM PW AS A CONDITION OF BOND** | | |
| 07/11/2024 | **COMPLIANCE WITH PROTECTION ORDER GRANTED AND SERVED ON THE DEFENDANT.** | | |
| 07/11/2024 | **NO FURTHER ACTS OR THREATS OF VIOLENCE AS A CONDITION OF BOND** | | |
| 07/11/2024 | **NO POSSESSION OF FIREARMS/WEAPONS OR AMMUNITION AS CONDITION OF BOND** | | |
| 07/11/2024 | **DEFENDANT IS NOT PERMITTED TO CONSUME ALCOHOL AND/OR DRUGS OF ABUSE AS A CONDITION OF BOND** | | |
| 07/11/2024 | **ARREST INFORMATION**<br>Arrest Bond Changed on Case:<br>Action Code: VIOLATE PROTECTION ORDER OR CONSENT AGREEMENT - APPROVED PURSUANT TO 2919.26 OR 3113.31<br>Arrest Date: 07/10/2024<br>Custody Location: JACKSON PIKE<br>Arrest # Type: SLATE<br>Number: 20240710002<br>Bond Status: ACTIVE<br>Status Date: 07/11/2024<br>Okay to Apply: No<br>Bond Type: C/S OR AB<br>Bond Amount: 50054<br>Comments: MCALLISTER | | |
| 07/10/2024 | **ARREST INFORMATION**<br>Arrest Bond Added to Case with:<br>Action Code: VIOLATE PROTECTION ORDER OR CONSENT AGREEMENT - APPROVED PURSUANT TO 2919.26 OR 3113.31<br>Arrest Date: 07/10/2024<br>Custody Location: JACKSON PIKE<br>Arrest # Type: SLATE<br>Number: 20240710002<br>Bond Status: ACTIVE<br>Status Date: 07/10/2024<br>Okay to Apply: No<br>Bond Type: NO BOND | | |

| | | | |
|---|---|---|---|
| 07/10/2024 | **ARRAIGNMENT CHANGE**<br>Event: ARRAIGNMENT CHANGE - ARC<br>Date: 07/11/2024 Time: 9:00 am<br>Judge: AR4D, COURTROOM 4D Location: 4D LOCATED ON THE 4TH FLOOR | | |
| 07/10/2024 | **ARRAIGNMENT CHANGE**<br>The following event: ARRAIGNMENT SCHEDULED - ARCRIM scheduled for 07/10/2024 at 9:00 am has been resulted as follows:<br><br>Result: ARRAIGNMENT CHANGE<br>Judge: AR4D, COURTROOM 4D Location: 4D LOCATED ON THE 4TH FLOOR | | |
| 07/09/2024 | **FINGERPRINTS REQUIRED** | | |
| 07/09/2024 | **IMAGE OF TICKET/COMPLAINT** | | |
| 07/09/2024 | **STATE FEES CRIMINAL MISDEMEANORS VIOLATIONS** | $29.00 | $0.00 |
| 07/09/2024 | **ARRAIGNMENT SCHEDULED - ARCRIM**<br>Event: ARRAIGNMENT SCHEDULED - ARCRIM<br>Date: 07/10/2024 Time: 9:00 am<br>Judge: AR4D, COURTROOM 4D Location: 4D LOCATED ON THE 4TH FLOOR<br><br>Result: ARRAIGNMENT CHANGE | $59.00 | $0.00 |