My Ohio Legislature

**EXHIBIT J**



# Senate Bill 172

Summary Documents Status Votes Committee Activity

Interested In SB172? Track It

Return To Search

## Primary Sponsors

Kristina D. Roegner

## Cosponsors

SENATORS

Andrew O. Brenner
Jerry C. Cirino
Theresa Gavarone
Terry Johnson
Sandra O'Brien
Tim Schaffer

## Specify persons unlawfully present are not privileged from arrest

[ Show Long Title ]

## Current Version

As Passed by the Senate PDF

Introduced In Senate
In Senate Committee
Reported By Committee
Passed By Senate
Introduced In House
In House Committee
Reported By Committee
Passed By House
Sent To The Governor

## Subjects

Courts and Civil Law
Crimes, Corrections, and Law Enforcement
Immigration
State and Local Government

## Committees

House Public Safety Committee
Senate Armed Services, Veterans Affairs and Public Safety Committee

Learn More : Glossary of Terms | The Legislative Process

The online versions of legislation provided on this website are not official. Enrolled bills are the final version passed by the Ohio General Assembly and presented to the Governor for signature. The official version of acts signed by the Governor are available from the Secretary of State's Office at 180 S. Civic Center Dr., Columbus, OH 43215.



© 2026 THE OHIO LEGISLATURE.
ALL RIGHTS RESERVED.