**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity,<br><br>Defendant. | No. 26-cv-01025-EAS-KAJ<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Kimberly A. Jolson |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FIVE FORMER OHIO JUDGES IN SUPPORT OF DEFENDANT FRANKLIN COUNTY MUNICIPAL COURT ADMINISTRATIVE AND PRESIDING JUDGE JESSICA D'VARGA'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to S.D. Ohio Local Civ. R. 7.2(a), movants Hon. Ronald Adrine (Ret.), Hon. Ted Barrows (Ret.), Hon. Eric Brown (Ret.), Hon. Michael P. Donnelly (Ret.), and Hon. Maureen O'Connor (Ret.) (collectively, "*Amici*"), by their undersigned attorneys, respectfully request leave of this Court to file an *amicus* brief (attached hereto as Exhibit A) in support of Defendant Franklin County Municipal Court Administrative and Presiding Judge Jessica D'Varga's Opposition to Motion for Preliminary Injunction. In support of this motion, *Amici* state as follows:

1. *Amici* are five former Ohio state judges and justices whose combined experience includes more than 100 years of service on the bench, including serving as Chief Justice of the Supreme Court of Ohio, Associate Justice of the Supreme Court of Ohio, and judges on the Franklin County Probate Court, Franklin County Court of Common Pleas, Franklin County Municipal Court, Cuyahoga County Court of Common Pleas, and Cleveland Municipal Court.

2. *Amici* have a unique perspective, based on their experiences as judges and justices, on why the outcome of this case would have an enormous effect on Ohio judges and the day-to-day operations of Ohio courthouses.

3. *Amici's* brief focuses on two of the many ways in which the Government's requested relief in its Motion for Preliminary Injunction would undermine that foundation and the rule of law. First, the brief discusses how ICE courthouse enforcement policies have made courthouses places of fear for many members of immigrant communities, leading them to avoid courthouses altogether or limit their interactions with courts. Second, the brief discusses how ICE courthouse enforcement policies interfere with the proper administration of justice because they disrupt court proceedings, create confusion, divert court resources, and endanger courthouse staff, court participants, and the general public.

4. Because these issues are relevant to this Court's decision, *Amici*'s brief may aid the Court. For the foregoing reasons, *Amici* respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: October 1, 2026

By: /s/*John S. Marshall*
**MARSHALL FORMAN & SCHLEIN LLC**
John S. Marshall(0015160)
250 Civic Center Drive, Suite 480
Columbus, Ohio 43215
Telephone: (614) 463-9790
jmarshall@marshallforman.com

**LEVINE LEE LLP**
Kenneth E. Lee (*admission pending*)
Scott B. Klugman (*admission pending*)
Julia Timerman (*admission pending*)
400 Madison Ave
New York, New York 10017
Telephone: (212) 223-4400
klee@levinelee.com
sklugman@levinelee.com
jtimerman@levinelee.com

**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
Douglas E. Keith (*admission pending*)
Michael A. Milov-Cordoba (*admission pending*)
120 Broadway, 17th Floor
New York, New York 10271
Telephone: (646) 292-8310
keithd@brennan.law.nyu.edu
milov-cordobam@brennan.law.nyu.edu

*Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on **October 1, 2026**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to all counsel of record in this matter.

*/s/ John S. Marshall*
John S. Marshall (0015160)