# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**(Revised 09/19)**

UNITED STATES OF AMERICA :

Plaintiff, :

-vs-

JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity

Defendant, :

Case No.: 26-cv-01025-EAS-KAJ

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, John S. Marshall (Name of Trial Attorney), trial attorney for Amici Curiae (defined below) (Name of Party), in the above-referenced action, hereby moves the court to admit Scott B. Klugman (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Hon. Ronald Adrine (Ret.), Hon. Ted Barrows (Ret.), Hon. Eric Brown (Ret.), Hon. Michael P. Donnelly (Ret.), and Hon. Maureen O'Connor (Ret.) (collectively, "Amici Curiae") (Name of Party)

Movant represents that Scott B. Klugman (Name of PHV Attorney) is a member in good standing of the highest court of New York (Name of State) as attested by the accompanying certificate from that court and that Scott B. Klugman (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Scott B. Klugman ‘s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone 212-257-4030 Business fax

Business address 400 Madison Avenue, 8th Floor

New York, NY 10017

Business e-mail address sklugman@levinelee.com

/s/ John S. Marshall
(Signature of Trial Attorney)
250 Civic Center Drive, Suite 480
(Address)
Columbus, Ohio 43215
(City, State, Zip Code)
(614) 463-9790
(Telephone Number)

Trial Attorney for Amici Curiae
(Name of Party)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed with the Court's electronic filing system on October 1 , 2026, and was served on all counsel of record via the Court's CM/ECF system.

/s/ John S. Marshall
John S. Marshall

EXCELSIOR

# Appellate Division of the Supreme Court
# of the State of New York
# First Judicial Department

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Scott Brian Klugman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 7, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

SUPREME COURT APPELLATE DIVISION FIRST DEPARTMENT

In Witness Whereof, I have hereunto set my hand in the City of New York on September 29, 2026.

Susanna M. Rojas

Clerk of the Court

CertID-00310261

# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

# Supreme Court of the State of New York
# Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400 INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/