# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | : | Case No.: 26-cv-01025-EAS-KAJ |
| -vs- JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity | : | District Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| Defendant, | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** John S. Marshall (Name of Trial Attorney), trial attorney for Amici (defined below) (Name of Party), in the above-referenced action, hereby moves the court to admit Michael A. Milov-Cordoba (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Hon. Ronald Adrine (Ret.), Hon. Ted Barrows (Ret.), Hon. Eric Brown (Ret.), Hon. Michael P. Donnelly (Ret.), and Hon. Maureen O'Connor (Ret.) (collectively, "Amici Curiae") (Name of Party).

Movant represents that Michael A. Milov-Cordoba (Name of PHV Attorney) is a member in good standing of the highest court of New York (Name of State) as attested by the accompanying certificate from that court and that Michael A. Milov-Cordoba (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Michael A. Milov-Cordoba 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (646) 292-8310 Business fax

Business address 120 Broadway, 17th Floor

New York, New York 10271

Business e-mail address milov-cordobam@brennan.law.nyu.edu

/s/ John S. Marshall
(Signature of Trial Attorney)
250 Civic Center Drive, Suite 480
(Address)
Columbus, Ohio 43215
(City, State, Zip Code)
(614) 463-9790
(Telephone Number)

Trial Attorney for Amici Curiae
(Name of Party)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed with the Court's electronic filing system on October 1, 2026, and was served on all counsel of record via the Court's CM/ECF system.

/s/ John S. Marshall
John S. Marshall

EXCELSIOR

# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Michael Austin Milov-Cordoba

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 4, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

SUPREME COURT APPELLATE DIVISION • SECOND DEPARTMENT •

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 24, 2026.

Clerk of the Court

CertID-00310232

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024