**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | |
| Plaintiff | No. 2:26-cv-1025 |
| v. | Judge Edmund A. Sargus |
| **JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity,** | Magistrate Judge Kimberly Jolson |
| Defendant. | |

**UNOPPOSED MOTION OF FEDERALISM PROFESSORS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to S.D. Ohio Civ. R. 7.2, Professors Jessica Bulman-Pozen, Bridget Fahey, Aziz Huq, Gillian Metzger, Miriam Seifter, Carolyn Shapiro, Fred O. Smith, Jr., and Robert Yablon (collectively, the "Federalism Professors") respectfully move for leave to file the attached brief as *amici curiae* in support of Defendant's opposition to Plaintiff's Motion for Preliminary Injunction. In conformance with Local Civil Rule 7.3(b), Federalism Professors' counsel conferred with the parties' counsel regarding this motion, and both parties gave their consent. Further, no party or their counsel authored any part of this brief or provided any funds for the preparation or submission of the brief. The Federalism Professors submit the following memorandum in support of this Motion and attach their proposed brief as Exhibit A.

Dated: October 2, 2026

Respectfully submitted,

s/ Derek Clinger
Derek Clinger (OH: 0092075)
Senior Counsel
State Democracy Research Initiative
University of Wisconsin Law School
975 Bascom Mall
Madison, Wisconsin 53706
(608) 890-2923
dclinger@wisc.edu

*Counsel for* Amici Curiae *Federalism Professors*

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AS *AMICI CURIAE*

The Federalism Professors respectfully request leave to file the attached brief as *amici curiae* in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

### I. INTEREST OF *AMICI CURIAE*

The Federalism Professors are eight law professors with recognized expertise on matters of federalism, state public law, and federal constitutional structure. They have written and published extensively in these areas and have a professional interest in promoting a proper understanding of the federalism principles at issue in this case. Their names are listed below, with institutional affiliations provided for identification purposes only:

- **Jessica Bulman-Pozen**, Betts Professor of Law and Faculty Co-Director, Center for Constitutional Governance, Columbia Law School
- **Bridget Fahey**, Professor of Law, University of Chicago Law School
- **Aziz Huq**, Frank and Bernice J. Greenberg Professor of Law, University of Chicago Law School
- **Gillian Metzger**, Harlan Fiske Stone Professor of Constitutional Law and Faculty Co-Director, Center for Constitutional Governance, Columbia Law School
- **Miriam Seifter**, Richard E. Johnson Bascom Professor of Law and Faculty Co-Director, State Democracy Research Initiative, University of Wisconsin Law School
- **Carolyn Shapiro**, Professor of Law and Co-Director, Institute on the Supreme Court of the United States, Chicago-Kent College of Law
- **Fred O. Smith, Jr.**, Professor of Law, Stanford Law School
- **Robert Yablon**, Professor of Law & Faculty Co-Director, State Democracy Research Initiative, University of Wisconsin Law School

## II. LEGAL STANDARD

The decision to grant leave to appear as *amici curiae* is committed to the sound discretion of the court. *Ball v. Kasich*, No. 2:16-cv-282, 2017 WL 3172778, at *3 (S.D. Ohio July 25, 2017) (quoting *Northern Sec. Co. v. United States*, 191 U.S. 555 (1903) (internal quotation marks omitted)). *Amicus* participation is typically appropriate "upon a finding that the proffered information of *amicus* is timely, useful, or otherwise necessary to the administration of justice." *Id.* (quoting *U.S. v. State of Mich.*, 940 F.2d 143, 165 (6th Cir. 1991) (internal quotation marks omitted)). For the reasons stated below, the Federalism Professors and their proposed brief meet these criteria.

## III. THE FEDERALISM PROFESSORS' EXPERTISE AND PERSPECTIVES WILL BENEFIT THE COURT

The Federalism Professors' proposed *amicus* brief is useful for the court. One of the United States' central claims is that Franklin County Municipal Court Local Rule 2.10 impermissibly regulates the federal government's ability to enforce immigration law, in violation of the doctrine of intergovernmental immunity. The parties' briefs necessarily address that doctrine as one of several issues in the case. The Federalism Professors, who have published extensively on the topic and related issues, devote their brief entirely to that doctrine. Drawing on their scholarship, the brief explains why intergovernmental immunity is a narrower doctrine than the United States suggests. That focused analysis will assist the Court in resolving one of the case's central questions.

## IV. CONCLUSION

For the reasons stated, the Federalism Professors request that the Court (1) grant their request to participate as *amici curiae* in this case and (2) either order that the Clerk of Court file the attached brief as a separate docket entry or permit the Federalism Professors to file their brief.

Dated: October 2, 2026

Respectfully submitted,

s/ Derek Clinger______________
Derek Clinger (OH: 0092075)
Senior Counsel
State Democracy Research Initiative
University of Wisconsin Law School
975 Bascom Mall
Madison, Wisconsin 53706
(608) 890-2923
dclinger@wisc.edu

*Counsel for* Amici Curiae *Federalism Professors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically on October 2, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Derek Clinger
Derek Clinger (OH: 0092075)