**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity,

Defendant.

Case No. 2:26-cv-1025

Judge Edmund A. Sargus

Magistrate Judge Kimberly Jolson

## NOTICE OF SUPPLEMENTAL AUTHORITY

Now comes Defendant Jessica D'Varga, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity, and by and through counsel, gives this court and all parties notice of the following supplemental authority upon which she intends to rely during this Court's Preliminary Injunction hearing. In *United States v. State of Michigan*, et al., Case No. 1:26-cv-00246 (W.D. Mich., October 7, 2026), the Court held that the United States lacked standing to challenge a Michigan law prohibiting the sale of eggs from chickens who were confined in a manner inconsistent with Michigan law, where the United States alleged a conflict between Michigan law and federal law under the Supremacy Clause, because "the mere existence of a conflict between the state and federal law does not itself injure [the United States]." A copy of the opinion is attached to this notice as Exh. A.

Respectfully submitted,

**CITY OF COLUMBUS, DEPARTMENT OF LAW ZACH KLEIN, CITY ATTORNEY**

/s/ Richard N. Coglianese
Richard N. Coglianese*
(0066830)
*Lead Counsel
Aaron D. Epstein (0063286)
Sheena D. Roseberg (0088137)
Assistant City Attorneys
City of Columbus
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385
(614) 645-6949 (fax)
RNCoglianese@columbus.gov
ADEpstein@columbus.gov
SDRosenberg@columbus.gov
*Counsel for Defendants*

*/s/ Erin Monju*
Erin Monju^* (DC Bar # 90036952)
Kayla Svihovec^* (DC Bar # 1735588) Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
erin.monju@publicrightsproject.org
kayla.svihovec@publicrightsproject.org
*Counsel for Defendants*

^ admitted *pro hac vice*
* *Not licensed to practice law in California.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on **October 9, 2026**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to all counsel of record in this matter.

/s/ Richard N. Coglianese
Richard N. Coglianese