**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN COUNTY MUNICIPAL COURT, ET AL.,<br><br>Defendants. | Case No. 2:26-cv-1025<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly Jolson |

**NOTICE OF SERVICE OF SUBPOENA**

Defendants Franklin County Municipal Court, Judge Jessica D'Varga, and Enoch White hereby give Notice of the Subpoena issued to Hon. Carl A. Aveni by personal service. Said subpoena is attached as Exhibit A.

Respectfully submitted,

**CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY**

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286)
Sheena D. Roseberg (0088137)
Richard N. Coglianese* (0066830)
**Lead Counsel*
Assistant City Attorneys
City of Columbus
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385
(614) 645-6949 (fax)
RNCoglianese@columbus.gov
ADEpstein@columbus.gov
SDRosenberg@columbus.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2026, I electronically filed the foregoing with the Court using the Court's CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

/s/ Aaron D. Epstein
Aaron D. Epstein (0063286)