**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case Number 2:26-cv-1025**
**Judge Edmund A. Sargus, Jr.**

**JESSICA D'VARGA,**
**Defendant.**

# MOTION HEARING
# (Regarding ECF No. 2 Motion for Preliminary Injunction)
# Monday, October 19, 2026
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Garrett Greene
For Defendant: Richard Coglianese, Aaron Epstein and Erin Monju
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

Judge Carl Aveni called by defendant (attorney Aaron Epstein).
Cross examination of Judge Aveni by plaintiff (attorney Garrett Greene).

The Court heard oral arguments from both sides.
Opinion and Order to follow.