**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JESSICA D'VARGA,**

**Defendant.**

**Case Number 2:26-cv-1025**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

This matter came before the Court on a Preliminary Injunction Hearing on October 19, 2026. (ECF Nos. 10, 29.) At the close of the Hearing, the Court stated that an Opinion and Order on Plaintiff United States of America's Motion for Preliminary Injunction (ECF No. 2) would be forthcoming, approximately in the next 30 days. Defendant Jessica D'Varga made an oral motion to continue her deadline, currently scheduled for October 30, 2026, to answer or otherwise move under Federal Rule of Civil Procedure 12. (*See* ECF No. 11.) The United States stated that it did not oppose the motion. The Court granted the motion and set the answer or Rule 12 motion deadline for 21 days after the Court issues its Opinion and Order on the Motion for Preliminary Injunction. This case remains open.

**IT IS SO ORDERED.**

**10/19/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**