**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity,

Defendant.

No. 2:26-cv-1025

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.4(b), Erin Monju hereby files this notice of withdrawal as counsel for Defendant Jessica D'Varga. Ms. Monju has complied with the requirements of 83.4(b). Defendant will continue to be represented by Toby Merrill and Kayla Svihovec, both of Public Rights Project, as counsel of record.

Dated: November 12, 2026

By: *<u>/s/ Erin Monju</u>*
Erin Monju^* (DC Bar # 90036952)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
erin.monju@publicrightsproject.org

^ admitted *pro hac vice*
* *Not licensed to practice law in California.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was filed with the Court using the Court's electronic filing system, and caused to be served on all counsel of record by operation of the Court's electronic filing system.

Dated: November 12, 2026

By: */s/ Erin Monju*
Erin Monju