# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

THE UNITED STATES OF AMERICA :

Plaintiff, : Case No.: 2:26-cv-1025

-vs- : District Judge Edmund A. Sargus, Jr.

JESSICA D'VARGA, Administrative and Presiding Judge, Franklin County Municipal Court, in her official capacity, : Magistrate Judge Kimberly A. Jolson

Defendant,

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Richard Coglianese (Name of Trial Attorney), trial attorney for Defendant (Name of Party), in the above-referenced action, hereby moves the court to admit Joshua Karsh (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendant (Name of Party).

Movant represents that Joshua Karsh (Name of PHV Attorney) is a member in good standing of the highest court of Illinois (Name of State) as attested by the accompanying certificate from that court and that Joshua Karsh (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Joshua Karsh* ‘s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (510) 738-6788 Business fax

Business address Public Rights Project

490 43rd Street, Unit 115, Oakland CA 94609 *not admitted in CA

Business e-mail address joshua.karsh@publicrightsproject.org

/s/ Richard N. Coglianese (0066830)
(Signature of Trial Attorney)
77 N. Front Street
(Address)
Columbus, OH 43215
(City, State, Zip Code)
(614) 645-3111
(Telephone Number)

Trial Attorney for Defendant
(Name of Party)

**(Please attach required Certificate of Service)**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed with the Court's electronic filing system on November 20, 2026, and was served on all counsel of record via the Court's CM/ECF system.

/s/ Richard N. Coglianese
Richard N. Coglianese (0066830)